IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00957-MSK-CBS

ROMAN STACHNIW,

    Plaintiff,

v.

TOWN OF BRECKENRIDGE, and
BRECKENRIDGE POLICE DEPARTMENT, a Colorado municipality,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Final Pretrial Order (filed September 12, 2005; *doc. no. 72*) is **GRANTED**.

**DATED:**    September 13, 2005