IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00957-MSK-CBS

ROMAN STACHNIW,

    Plaintiff,

v.

TOWN OF BRECKENRIDGE AND BRECKENRIDGE
POLICE DEPARTMENT, a Colorado municipality;
KATE BONIFACE, individually and in her official capacity;
RICK HOLMAN, individually; and
DAVID MILLER, individually,

    Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE INDIVIDUAL DEFENDANTS (BONIFACE, HOLMAN, AND MILLER)**

THIS MATTER has come before the Court on the parties' Stipulation for Dismissal with Prejudice of all claims against the individual Defendants, Kate Boniface, Rick Holman, and David Miller, the Court having reviewed the same and being fully advised;

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint and all of Plaintiff's claims against the individual Defendants, Kate Boniface, Rick Holmam, and David Miller, are dismissed, with prejudice, each party to pay their own costs, expenses, and attorney fees. These

Defendants shall be removed from the caption in all future pleadings.

DATED this 11th day of October, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge