IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00957-MSK-CBS

ROMAN STACHNIW,

    Plaintiff,

v.

TOWN OF BRECKENRIDGE AND BRECKENRIDGE
POLICE DEPARTMENT, a Colorado municipality,

    Defendants.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE AND CLOSING CASE**
_____

    THIS MATTER has come before the Court on the parties' Stipulation for Dismissal with Prejudice, the Court having reviewed the same and being fully advised;

    IT IS THEREFORE ORDERED THAT Plaintiff's Amended Complaint and all claims of Plaintiff are dismissed, with prejudice, each party to pay their own costs, expenses, and attorney fees. The Clerk shall close this case.

    DATED this 13th day of October 2005.

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*

                                           Marcia S. Krieger
                                           United States District Judge